■ COMPUTER TASK GROUP, INC., Appellant, v J. DAVID EHLKE, Respondent. (Appeal No. 2.) [731 NYS2d 423] —Judgment unanimously vacated without costs. Same Memorandum as in *Computer Task Group v Ehlke* (286 AD2d 973 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Michalek, J.—Contract.) Present—Green, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.